JOHN R. ARMSTRONG, Cal. Bar. No. 183912
RYAN THOMASON, Cal. Bar. No. 325621
**HORWITZ + ARMSTRONG**
**A PROFESSIONAL LAW CORPORATION**
14 Orchard, Suite 200
Lake Forest, CA 92630
Telephone: (949) 540-6540
Facsimile: (949) 540-6578
Attorneys for Defendants
GROWLIFE, INC., MARCO HEGYI and MARK SCOTT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BLACKBURN, BRAD MICKELSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> GROWLIFE, INC., a Delaware corporation; MARCO HEGYI, an individual; MARK SCOTT, an individual; and DOES 1 – 100, inclusive, <br><br> Defendants. | Case No.:  2:20-cv-01855-MCE-CKD <br><br> (Sacramento County Superior Court Case No. 34-2020-00284363-CU-BC-GDS) <br><br> **DEFENDANTS' FIRST AMENDMENT TO THEIR NOTICE OF REMOVAL TO SUPPLEMENT DEFENDANTS' EARLIER FILED NOTICE OF REMOVAL TO ADD ADDITIONALLY FILED STATE COURT PLEADINGS PLAINTIFFS FILED THE SAME DAY OF THE ORIGINAL NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE THAT, under Title 28 U.S.C. § 1446(b), a removal petition may be amended freely within § 1446(b)'s thirty-day period. See *In re CBS Inc.*, 762 F. Supp. 71, 73 (S.D.N.Y. 1991) ("A petition for removal may be amended freely within the statutory 30-day

period calculated from the date of service of the initial state court pleading. Thereafter it may be amended to set forth more specifically grounds for removal which were imperfectly stated in the original petition. The prior decisions have made a distinction between an 'imperfect' or 'defective' allegation and a wholly missing allegation, which cannot be supplied by amendment after the 30-day period has run."); see 14C Wright, Miller & Cooper, *Federal Practice and Procedure* § 3733 at 537-38 (3rd ed. 1998) ("the notice may be amended only to set out more specifically grounds for removal that already have been stated, albeit imperfectly, in the original notice").

On September 14, 2020, plaintiffs filed their original Notice of Removal with this court. The same, however, plaintiffs apparently filed an ex parte application and related papers with the Sacramento Superior Court.

To avoid any claims that defendants failed or improperly refused to provide this federal district court all papers filed in the subject/removed Sacramento Superior Court action, defendants hereby amend and supplement their previously filed Notice of Removal to add the additional Sacramento Superior Court pleadings defendants received yesterday afternoon after defendants' original Notice of Removal was filed.

Such additional state court pleadings are attached to this Amendment/Supplement to defendants' September 14, 2020 Notice of Removal as Exhibits B through F so that all of plaintiffs' papers filed up through September 14, 2020 in the Sacramento Superior Court are now filed here.

1
2

Dated:  September 15, 2020

HORWITZ + ARMSTRONG APLC

3
4
5
6
7

By      /s/ Ryan Thomason

JOHN R. ARMSTRONG
RYAN THOMASON
Attorneys for Defendants
GROWLIFE, INC., MARCO HEGYI and
MARK SCOTT

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28