1  Treven I. Tilbury (SBN 210052)
2  Adrian J. Webber (SBN 259118)
   REYNOLDS TILBURY WOODWARD LLP
3  11601 Blocker Drive, Suite 105
   Auburn, CA 95603
4  Telephone: (530) 885-8500
   Facsimile: (530) 885-8113
5
6  Attorneys for Plaintiffs WILLIAM BLACKBURN
   and BRAD MICKELSEN
7
8                   UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| WILLIAM BLACKBURN, BRAD MICKELSEN,<br><br>         Plaintiffs,<br><br>     vs.<br><br>GROWLIFE, INC., a Delaware corporation; MARCO HEGYI, an individual; MARK SCOTT, an individual; and DOES 1 - 100, inclusive,<br><br>         Defendants. | Case No.: 2:20-cv-01855-MCE-CKD<br><br>**WAIVER OF PERSONAL APPEARANCE AND ORDER WAIVING PERSONAL APPEARANCE** |

   Given the COVID-19 pandemic and to avoid unnecessary contact, Plaintiffs William Blackburn and Brad Mickelsen (collectively "Plaintiffs") hereby waive their right to appear in person at the September 29, 2020, or at such other time that the hearing may be rescheduled by the Court, hearing regarding Plaintiffs' request for Preliminary Injunction.  Plaintiffs further consent to representation by their counsel of record via videoconference or any other method approved by the Court.

   Dated:  September 21, 2020                    _____
                                                  William Blackburn, Plaintiff

{00013653.1}

                                    1
           WAIVER OF PERSONAL APPEARANCE AND ORDER

Dated: September 21, 2020

              Brad Mickelsen, Plaintiff

## **ORDER**

The Court, having considered Plaintiffs' waiver of personal appearance and consent to video conference hearing, hereby orders that Plaintiffs' right to appear personally at the hearing scheduled for September 29, 2020, is waived and Plaintiffs shall appear through their counsel via videoconference or as otherwise directed by the Court.

IT IS SO ORDERED.

Dated: September 24, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE