JOHN R. ARMSTRONG, SBN 183912
RYAN THOMASON, SBN 325621
**HORWITZ + ARMSTRONG, A PROFESSIONAL LAW CORPORATION**
14 Orchard, Suite 200
Lake Forest, CA 92630
Telephone: (949) 540-6540
Facsimile: (949) 540-6578

Attorneys for Defendants
GROWLIFE, INC., MARCO HEGYI and MARK SCOTT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BLACKBURN, BRAD MICKELSEN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GROWLIFE, INC., a Delaware corporation; MARCO HEGYI, an individual; MARK SCOTT, an individual; and DOES 1 – 100, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01855-MCE-CKD<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br>**WAIVER OF PERSONAL APPEARANCE AND ORDER WAIVING PERSONAL APPEARANCE** |

Given the COVID-19 pandemic and to avoid unnecessary contact, Defendants' Marco Hegyi and Mark Scott (collectively "Defendants") hereby waive their right to appear in person at the September 29, 2020, or at such other time that the hearing may be rescheduled by the Court, hearing regarding Plaintiffs' request for Preliminary Injunction. Defendants further consent to representation by their counsel of record via videoconference or any other method approved by the Court.

Dated:  September 22, 2020          By:  _____/s/ Marco Hegyi_____
                                        Marco Hegyi, Defendant
                                    Original signature retained by attorney
                                    Ryan Thomason


Dated:  September 22, 2020          By:  _____/s/ Mark Scott___ _____
                                        Mark Scott, Defendant
                                    Original signature retained by attorney
                                    Ryan Thomason

## ORDER

The Court having considered Defendants' waiver of personal appearance and consent to video conference hearing, hereby orders that Defendants' right to appear personally at the hearing scheduled for September 29, 2020, is waived and Defendants shall appear through their counsel via videoconference or as otherwise directed by the Court.

**IT IS SO ORDERED.**

Dated:  September 24, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE