Treven I. Tilbury (SBN 210052)
Adrian J. Webber (SBN 259118)
REYNOLDS TILBURY WOODWARD LLP
11601 Blocker Drive, Suite 105
Auburn, CA 95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113

Attorneys for Plaintiffs WILLIAM BLACKBURN
and BRAD MICKELSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BLACKBURN, BRAD MICKELSEN,<br><br>                Plaintiffs,<br><br>        vs.<br><br>GROWLIFE, INC., a Delaware corporation; MARCO HEGYI, an individual; MARK SCOTT, an individual; and DOES 1 - 100, inclusive,<br><br>                Defendants. | Case No.:  2:20-CV-01855-MCE-CKD<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' OPPOSITION TO ORDER TO SHOW CAUSE**<br><br><br>Judge: Hon. Morrison C. England, Jr. |

Having reviewed Plaintiffs' Ex Parte Application for Leave to File a Response to Defendants' Opposition to Order to Show Cause, and good cause appearing, Plaintiffs' request for Leave to File a Response to Defendants' Opposition to Order to Show Cause is GRANTED. Plaintiffs' response and any supporting documents shall be filed no later than Friday, November 6, 2020, and Defendants' reply, if any, shall be filed no later than Friday, November 13, 2020.

IT IS SO ORDERED.

Dated:  October 23, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE