Treven I. Tilbury (SBN 210052)
Adrian J. Webber (SBN 259118)
REYNOLDS TILBURY WOODWARD LLP
11601 Blocker Drive, Suite 105
Auburn, CA 95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113

Attorneys for Plaintiff WILLIAM BLACKBURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BLACKBURN, BRAD MICKELSEN,<br><br>           Plaintiffs,<br><br>     vs.<br><br>GROWLIFE, INC., a Delaware corporation, et al.,<br><br>           Defendants. | Case No.: 2:20-cv-01855-MCE-CKD<br><br>**JOINT STIPULATION REQUESTING DISMISSALS WITHOUT PREJUDICE BETWEEN PLAINTIFF BLACKBURN AND GROWLIFE ONLY**<br><br>Judge:     Hon. Morrison C. England, Jr. |

**JOINT STIPULATION OF DISMISSAL**

Having reached a settlement of the issues between them, Plaintiff and Cross-Defendant WILLIAM BLACKBURN ("Blackburn") and Defendant and Counterclaimant GROWLIFE, INC. ("GrowLife") (collectively, the "Parties"), submit this Joint Stipulation Requesting Dismissal with Prejudice ("Stipulation") of all claims, counterclaims, and defenses asserted in the above-entitled action by Plaintiff and Cross-Defendant Blackburn against Defendant and Counterclaimant GrowLife, and also all claims and defenses asserted in the above-entitled action by Defendant and Counterclaimant GrowLife as against Plaintiff and Cross-Defendant Blackburn only.  To avoid doubt, the settlement between Blackburn and GrowLife is the result of a mutual compromise of disputed issues and does not include any admission by either Blackburn or GrowLife on any factual or legal issues.  Accordingly, the Parties intend that this Stipulation not dismiss, limit, or affect

{00045738.1}

1
JOINT STIPULATION REQUESTING DISMISSALS WITHOUT PREJUDICE BETWEEN PLAINTIFF BLACKBURN AND GROWLIFE ONLY AND PROPOSED ORDER

rights, claims, or defenses made by or against Plaintiff and Cross-Defendant Brad Mickelsen. Both Parties agree the dismissals without prejudice are made prejudicial as between the Parties only by reason of the mutual and general releases signed by the Parties in a separate Settlement Agreement.

Accordingly, Blackburn and GrowLife hereby request that the Court enter an order dismissing Blackburn's Complaint against GrowLife, and also dismissing GrowLife's Counterclaim against Blackburn, both dismissals without prejudice in order to preserve all claims and defenses of Blackburn and GrowLife relating to Mickelsen, including the ongoing action between GrowLife and Mickelsen. At such time that the entire above-captioned action as to all parties reaches a final determination, the Parties will request entry of dismissal with prejudice. Both Parties agree to bear their own fees and costs in connection with their claims and counterclaims against each other.

Dated: January 30, 2023          REYNOLDS TILBURY WOODWARD LLP

                                 By:  */s/ Treven Tilbury*
                                 TREVEN I. TILBURY
                                 Attorneys for Plaintiff WILLIAM BLACKBURN

Dated: January 30, 2023          LOCKETT & HORWITZ

                                 By:  */s/ Bernard C. Jasper as authorized 1/27/23*
                                 BERNARD C. JASPER
                                 14 Orchard, Suite 200
                                 Lake Forest, CA  92630
                                 Telephone: (916) 540-6540
                                 Attorneys for Defendant GROWLIFE, INC.

{00045738.1}

2
JOINT STIPULATION REQUESTING DISMISSALS WITHOUT PREJUDICE BETWEEN PLAINTIFF BLACKBURN AND GROWLIFE ONLY AND PROPOSED ORDER

**ORDER**

The Court hereby orders as follows:

1. Blackburn's Complaint against GrowLife is DISMISSED, without prejudice;

2. GrowLife's Counterclaim against Blackburn, only, is DISMISSED, without prejudice;

3. All claims and defenses of Blackburn and GrowLife relating to Mickelsen, including the ongoing action between GrowLife and Mickelsen are not dismissed or otherwise affected;

4. Upon the remainder of the above-entitled action reaching a final determination, Blackburn and GrowLife shall take steps necessary to convert the dismissals without prejudice to dismissals with prejudice.

5. Both GrowLife and Blackburn shall bear their own fees and costs in connection with the above-entitled action.

6. This action shall proceed on the remaining claims.

IT IS SO ORDERED.

Dated: February 1, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

{00045738.1}

3
JOINT STIPULATION REQUESTING DISMISSALS WITHOUT PREJUDICE BETWEEN PLAINTIFF BLACKBURN AND GROWLIFE ONLY AND PROPOSED ORDER