Bernard C. Jasper (SBN 118479)
JASPER LAW
1440 N. Harbor Blvd., Suite 900
Fullerton, CA 92835
Telephone: (714) 321-2401
ben@jasperlawfirm.com

Attorneys for Defendant GROWLIFE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BLACKBURN, BRAD MICKELSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>GROWLIFE, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No.: 2:20-cv-01855-MCE-CKD<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER**<br>Date:  June 29, 2023<br>**Time:  10:00 a.m.**<br>**Dept.  Courtroom 7**<br><br>Judge:       Hon. Morrison C. England, Jr. |

### **JOINT STIPULATION AND REQUEST FOR ORDER**

WHEREAS On May 12, 2023, Plaintiff filed a Motion for Summary Judgment against Defendants.

WHEREAS On May 15, 2023, this Court issued a Minute Order vacating the hearing date, ruling the Motion stand as submitted, and ordering that the opposition or statement of non-opposition and reply due dates be filed in accordance with Local Rule 230(c)-(d).

WHEREAS Defendant intends to file an opposition.

WHEREAS the deadline for the opposition under Local Rule 230 is May 26, 2023.

WHEREAS Defendant's counsel underwent pancreatic cancer surgery on April 25, 2023 and is just returning to office work.

WHEREAS Defendant seeks additional time to ensure an adequate opposition is filed on Defendant's behalf.

1    WHEREAS on May 18, 2023, Defendant's counsel approached Plaintiff's counsel requesting a stipulation to an extension to file an opposition and Plaintiff's counsel agreed that a 14 day extension would be acceptable to Plaintiff.

Having reached a settlement of the issues between them, Plaintiff and Cross-Defendant BRAD MICKELSON and Defendant and Counterclaimant GROWLIFE, INC. ("GrowLife") (collectively, the "Parties"), submit this Joint Stipulation Requesting that this Court enter an order permitting Defendants a 14 day extension to file an opposition to Plaintiff's Motion for Summary Judgment, such that the opposition would now be due on or before June 9, 2023.

Dated: May 19, 2023                              BRIAN R. KATZ, Attorney at Law

By: _____
    BRIAN R. KATZ
    Attorneys for Plaintiff BRAD MICKELSON

Dated: May 19, 2023                              JASPER LAW

By: _____
    BERNARD C. JASPER

**ORDER**

The Court hereby orders any opposition to Plaintiff MICKELSON's Motion for Summary Judgment filed on May 12, 2023, for medical reasons may be filed on or before June 9, 2023.

IT IS SO ORDERED.

Dated: May 23, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE