UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BLACKBURN, BRAD MICKELSEN,<br><br>        Plaintiffs,<br><br>vs.<br><br>GROWLIFE, INC., a Delaware corporation, et al.,<br><br>        Defendants. | Case No.:  2:20-cv-01855-MCE-CKD<br><br>**ORDER FOR EXTENSION TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Morrison C. England, Jr. |

    The Court hereby orders that the Order of this Court (ECF No. 89) be modified to provide that Plaintiff may file a renewed Motion for Summary Judgment that conforms with the applicable FRCP and Local Rules of this Court not later than 60 days from the date the Order was electronically filed.

    IT IS SO ORDERED.

Dated:  September 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE